BENJAMIN EPSTEIN, Respondent, v. S. & A. PUBLIC MARKETS, INC., DAVID LERNER and Others, etc., Appellants.— Motion to dismiss appeal without costs granted. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

JOSEPH FELDMAN, as President of Local Union 2717, New York City, of the United Brotherhood of Carpenters and Joiners of America, Respondent, v. SAMUEL GOLDBERG, LOUIS GOLDBERG, MORRIS BIREN, JOHN HALKETT and ALEX KELSO, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

DANIEL T. FRANCIS and WILLIAM WEISS, Individually and as Executors, etc., of WILLIAM BURROWS, Deceased, Appellants, v. JOANNA FERGUSON, Individually and as Executrix, etc., of EDMOND J. CURRY, Deceased, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MABEL P. GADE, Appellant, v. JAMES A. FINNEGAN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

VICTORIA NONY GEORGE, Respondent, v. ELENI D. GALANI, Appellant. JAMES GALANI, Defendant, and EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

DOROTHY GOODMAN, Respondent, v. CENTRAL COAT & APRON SUPPLY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

HARDING PARK HOMES CO., INC., Respondent, v. SALADINO BUILDING CO., INC., and Others, Defendants. EAGLE INDEMNITY COMPANY, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

OLGA HAYKIN, Respondent, v. SOLLIE PARIS and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.